JOHN C. CRUDEN, Acting Assistant Attorney General
NORMAN L. RAVE, JR., Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone: (202) 616-7568
Facsimile:  (202) 514-8865
norman.rave@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVERWATCH, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )    CASE NO.  2:09-cv-02510-MCE-GGH |
| | ) |
| | ) |
| UNITED STATES DEPARTMENT OF THE | ) |
| INTERIOR, et al., | ) |
| | ) |
| Defendants | ) |

## ANSWER OF FEDERAL DEFENDANTS

Defendants United States Department of the Interior and Bureau of Land Management (collectively "Federal Defendants") answer Plaintiff's Complaint as follows:

### I.

1.      Paragraph 1 summarizes Plaintiff's claims and no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 1.

2.      Paragraph 2 summarizes Plaintiff's claims and no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 2.

3.      Paragraph 3 summarizes Plaintiff's claims and no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 3.

4.      Paragraph 4 summarizes Plaintiff's claims and no response is required.  To the

Answer of Federal Defendants
2:09-CV-02510-MCE-GGH

extent further response is required Federal Defendants deny the allegations of Paragraph 4.

5.      The first sentence of Paragraph 5 summarizes Plaintiff's claims and no response is required.  To the extent further response is required Federal Defendants deny the allegations of the first sentence of Paragraph 5.  Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph the second sentence of Paragraph 5.

6.      Paragraph 6 summarizes Plaintiff's claims and no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 6.

7.      Paragraph 7 summarizes Plaintiff's claims and no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 7.

8.      Paragraph 8 quotes a statute, which statute speaks for itself.

9.      Paragraph 9 summarizes Plaintiff's claims and no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 9.

10.     Paragraph 10 summarizes Plaintiff's claims and no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 10.

11.     The first sentence of Paragraph 11 summarizes Plaintiff's claims and no response is required.  To the extent further response is required Federal Defendants deny the allegations of the first sentence of Paragraph 11.  Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph the second sentence of Paragraph 11.

12.     Paragraph 12 summarizes Plaintiff's claims and no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 12.

## II.

13.     Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 13.

14.     Federal Defendants admit the allegations of Paragraph 14.

15.     Federal Defendants admit that the Bureau of Land Management is a governmental

entity operating under the authority of the United States Department of the Interior and that its State Director for California is located at 2800 Cottage Way, Suite W-1622, Sacramento, California 95825. Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph the second sentence of Paragraph 15. The third sentence of Paragraph 15 summarizes Plaintiff's claims and no response is required. To the extent further response is required Federal Defendants deny the allegations of the third sentence of Paragraph 15.

16. Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 16.

17. Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 17.

18. Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 18.

19. Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 19.

20. Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 20.

21. No response is required to Paragraph 21.

22. Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 22.

**III.**

23. Paragraph 23 states conclusions of law to which no response is required.

24. Paragraph 24 states conclusions of law to which no response is required.

25. Federal Defendants admit the allegations of Paragraph 25 as to the Bureau of Land Management and the United States Department of the Interior. Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in Paragraph 25.

26.     Federal Defendants admit that a copy of the Complaint was served on the United States Attorney General. Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in Paragraph 26.

27.     Federal Defendants admit the allegations of Paragraph 27 as to the Bureau of Land Management and the United States Department of the Interior.  Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in Paragraph 27.

28.     Paragraph 28 contains conclusions of law to which no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 28.

29.     Paragraph 29 contains conclusions of law to which no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 29.

**IV.**

Federal Defendants incorporate by reference the responses to Paragraphs 1 through 29 above.

30.     Federal Defendants deny the allegations of the first sentence of Paragraph 30. Federal Defendants admit the allegations of the second sentence of Paragraph 30.  Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in the third sentence of Paragraph 30.

31.     Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 31.

32.     Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 32.

33.     Paragraph 33 summarizes documents, which documents speak for themselves.

**V.**

Federal Defendants incorporate by reference the responses to Paragraphs 1 through 33 above.

34.     Paragraph 34 contains conclusions of law to which no response is required.

35.     Paragraph 35 contains conclusions of law to which no response is required.

36.     Paragraph 36 contains conclusions of law to which no response is required.

37.     Paragraph 37 contains conclusions of law to which no response is required.  To the extent further response is required Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 37.

38.     The first two sentences of Paragraph 38 state conclusions of law to which no response is required.  Federal Defendants deny the remaining allegations of Paragraph 38.

39.     The first sentence of Paragraph 39 states conclusions of law to which no response is required.  Federal Defendants deny the remaining allegations of Paragraph 39.

40.     The first two sentences of Paragraph 40 contain conclusions of law to which no response is required.  Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in the third sentence of Paragraph 40.

## VI.

Federal Defendants incorporate by reference the responses to Paragraphs 1 through 40 above.

41.     Paragraph 41 states conclusions of law to which no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 41.

42.     Paragraph 42 states conclusions of law to which no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 42.

43.     Federal Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 43.  Federal Defendants deny that they are subject to a SWPPP.

44.     Paragraph 44 states conclusions of law to which no response is required.  To the extent further response is required Federal Defendants deny the allegations of Paragraph 44.

45.     Paragraph 45 contains conclusions of law to which no response is required.  If further response is required, Federal Defendants deny the allegations of Paragraph 45.

1

**VII.**

2
3

Federal Defendants incorporate by reference the responses to Paragraphs 1 through 45
above.

4
5

46.     Paragraph 46 contains conclusions of law to which no response is required.   If
further response is required, Federal Defendants deny the allegations of Paragraph 46.

6
7
8
9

47.     The second and third sentences of Paragraph 47 summarize Plaintiff's claims and
no response is required.  The remaining sentences of Paragraph 47 contain conclusions of law to
which no response is required.  If further response is required, Federal Defendants deny the
allegations in the remaining sentences of Paragraph 47.

10

48.     Federal Defendants deny the allegations of Paragraph 48.

11

**VIII.**

12
13

Federal Defendants incorporate by reference the responses to Paragraphs 1 through 48
above.

14
15

49.     Paragraph 49 contains conclusions of law to which no response is required.   If
further response is required, Federal Defendants deny the allegations of Paragraph 49.

16
17
18
19

50.     The second and third sentences of Paragraph 50 summarize Plaintiff's claims and
no response is required.  The remaining sentences of Paragraph 50 contain conclusions of law to
which no response is required.  If further response is required, Federal Defendants deny the
allegations in the remaining sentences of Paragraph 50.

20

51.     Federal Defendants deny the allegations of Paragraph 51.

21

**IX.**

22
23

Federal Defendants incorporate by reference the responses to Paragraphs 1 through 51
above.

24

52.     Paragraph 52 contains conclusions of law to which no response is required.

25
26

53.     Paragraph 53 contains conclusions of law to which no response is required.   If
further response is required, Federal Defendants deny the allegations of Paragraph 53.

27

54.     Federal Defendants deny the allegations of Paragraph 54.

28

Answer of Federal Defendants
2:09-CV-02510-MCE-GGH                            6

1   55.   Federal Defendants deny the allegations of Paragraph 55.

2                                      **X.**

3   Federal Defendants incorporate by reference the responses to Paragraphs 1 through 55

4   above.

5   56.   Paragraph 56 contains conclusions of law to which no response is required.

6   57.   Federal Defendants deny the allegations of Paragraph 57.

7   58.   Federal Defendants deny the allegations of Paragraph 58.

8   59.   The allegations of Paragraph 59 are too vague and ambiguous to allow Federal

9   Defendants to compose a response.

10   60.   Paragraph 60 contains conclusions of law to which no response is required.

11   61.   Federal Defendants lack sufficient knowledge and information to form a belief as

12   to the truth of the allegations contained in Paragraph 61.

13   62.   Federal Defendants deny the allegations of Paragraph 62.

14                                      **XI.**

15   Federal Defendants deny that plaintiff is entitled to the relief requested.

16                              **GENERAL DENIAL**

17   Except as expressly admitted or otherwise stated herein, Federal Defendants deny each

18   and every allegation in plaintiff's Complaint.

19                            **AFFIRMATIVE DEFENSES**

20   1.   The Court lacks jurisdiction over some or all of the claims raised.

21   2.   Plaintiffs have failed to state a claim in whole or part upon which relief can be

22   granted.

23   WHEREFORE, for these reasons, Federal Defendants request that the Court deny

24   plaintiff's Complaint with prejudice, that the United States be awarded its costs in this action,

25   and that the Court grant such other and further relief as may be appropriate.

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

/S/ Norman L. Rave, Jr.
Norman L. Rave. Jr., Trial Attorney
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, DC  20026-3986
Telephone : (202) 616-7568
Fax: (202) 514-8865
Email: norman.rave@usdoj.gov

November 5, 2009

Answer of Federal Defendants
2:09-CV-02510-MCE-GGH                    8

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on this 6th day of November, 2009, the following parties were served by receipt of electronic notification through the Court's CM/ECF system:

3

4

Jack Silver
Law Office of Jack Silver
P.O. Box 5469
Santa Rosa, CA 95402

5

6

7

                            /S/ Norman L. Rave, Jr.
                            Norman L. Rave, Jr.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Answer of Federal Defendants
2:09-CV-02510-MCE-GGH