1  Jack Silver, Esquire SBN# 160575
   Law Office of Jack Silver
2  Jerry Bernhaut, Esquire SBN# 206264
   Post Office Box 5469
3  Santa Rosa, California 95402-5469
   Telephone: (707) 528-8175
4  Facsimile:  (707) 528-8675
   lhm28843@sbcglobal.net
5
   Attorneys for Plaintiff
6  NORTHERN CALIFORNIA RIVER WATCH

7

8  IGNACIA S. MORENO, Assistant Attorney General
   NORMAN L. RAVE, JR. Trial Attorney
9  U.S. Department of Justice
   Environment & Natural Resources Division
10 Environmental Defense Section
   P.O. Box 23986
11 Washington, D.C. 20026-3986
   Telephone: (202) 616-7568
12 Facsimile: (202) 514-8865
   norman.rave@usdoj.gov
13
   Attorneys for Federal Defendants
14

15 |                    UNITED STATES DISTRICT COURT

16 |                    EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation. | |
| 19 | |
| 20         Plaintiffs, | **STIPULATED FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |
| 21         v. | |
| 22  UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TIMOTHY A. CALLAWAY, an individual, GERHARD NEL, an individual, DR. RENE M. JUCHLER, an individual, PAUL ABER, an individual, DR. JORG OTZEN an individual and DOES 1 - 10, Inclusive | Trial Date:   August 27, 2012<br>Judge:        Hon. Morrison C. England, Jr. |
| 26         Defendants                    / | |
| 27  Case No:. 2:09-CV-02510-MCE-GGH | |
| 28 | |

Plaintiff Northern California River Watch and Defendants United States Department of the Interior Bureau of Land Management[1], through their undersigned counsel, hereby stipulate and agree to the dismissal of the above-captioned action with respect to all parties who are named as defendants therein with prejudice and without costs or attorney fees to either party.

Dated: May 17, 2010

IGNACIA S. MORENO
Assistant Attorney General

By: */s/ Norman Rave*
NORMAN L. RAVE, JR.
Trial Attorney
Environmental and Natural Resources Division
U.S. Department of Justice

Dated: May 17, 2010

LAW OFFICE OF JACK SILVER

By: */s/ Jerry Bernhaut*
JERRY BERNHAUT
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

IT IS SO ORDERED.  The Clerk of Court is hereby directed to close this file.

Dated: May 18, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] No other named defendant has been served in this action.