Jack Silver, Esquire SBN# 160575
Law Office of Jack Silver
Jerry Bernhaut, Esquire SBN# 206264
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile:  (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH


IGNACIA S. MORENO, Assistant Attorney General
NORMAN L. RAVE, JR. Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 616-7568
Facsimile: (202) 514-8865
norman.rave@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation.<br><br>    Plaintiffs,<br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TIMOTHY A. CALLAWAY, an individual, GERHARD NEL, an individual, DR. RENE M. JUCHLER, an individual, PAUL ABER, an individual, DR. JORG OTZEN an individual and DOES 1 - 10, Inclusive<br><br>    Defendants<br>_____/<br>Case No:. 2:09-CV-02510-MCE-GGH | **STIPULATED FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>Trial Date:   August 27, 2012<br>Judge:        Hon. Morrison C. England, Jr. |

Plaintiff Northern California River Watch and Defendants United States Department of the Interior Bureau of Land Management[1], through their undersigned counsel, hereby stipulate and agree to the dismissal of the above-captioned action with respect to all parties who are named as defendants therein with prejudice and without costs or attorney fees to either party.

Dated: May 17, 2010

IGNACIA S. MORENO
Assistant Attorney General

By: */s/ Norman Rave*
NORMAN L. RAVE, JR.
Trial Attorney
Environmental and Natural Resources Division
U.S. Department of Justice

Dated: May 17, 2010

LAW OFFICE OF JACK SILVER

By: */s/ Jerry Bernhaut*
JERRY BERNHAUT
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

IT IS SO ORDERED. The Clerk of Court is hereby directed to close this file.

Dated: May 18, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] No other named defendant has been served in this action.